```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 08344
   ORA B COVINGTON
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-2926


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/08/2007 and was confirmed 07/25/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 11/14/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
AMERICAN GENERAL FINANCE  CURRENT MORTG         .00             .00            .00
AMERICAN GENERAL FINANCE  MORTGAGE ARRE     1025.00             .00            .00
AMERICAS SERVICING COMPA  CURRENT MORTG         .00             .00            .00
AMERICAS SERVICING COMPA  MORTGAGE ARRE         .00             .00            .00
COOK COUNTY TREASURER     SECURED NOT I     1156.96             .00            .00
ACTION CARD               FILED LATE         736.58             .00            .00
CAPITAL ONE               UNSECURED         1789.29             .00            .00
CAPITAL ONE               UNSECURED          937.47             .00            .00
ECAST SETTLEMENT CORP     UNSECURED         1290.25             .00            .00
HARVARD COLLECTION SERVI  UNSECURED        NOT FILED            .00            .00
HARVARD COLLECTION SERVI  UNSECURED        NOT FILED            .00            .00
HSBC NV                   UNSECURED         1726.75             .00            .00
ECAST SETTLEMENT CORP     UNSECURED          453.77             .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED         1490.14             .00            .00
PEOPLES GAS & LIGHT       UNSECURED        NOT FILED            .00            .00
WELLS FARGO FINANCIAL BA  UNSECURED         1546.99             .00            .00
WORLD FINANCIAL NETWORK   UNSECURED          223.29             .00            .00
WELLS FARGO FINANCIAL IL  UNSECURED          944.67             .00            .00
AMERICAS SERVICING COMPA  NOTICE ONLY      NOT FILED            .00            .00
AMERICAN GENERAL FINANCE  NOTICE ONLY      NOT FILED            .00            .00
SEVENTH AVENUE            UNSECURED          431.72             .00            .00
COUNTRY DOOR              UNSECURED          224.75             .00            .00
THE SWISS COLONY          UNSECURED          514.87             .00            .00
MIDNIGHT VELVET           UNSECURED         1648.63             .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED          304.81             .00            .00
JEFFERSON CAPITAL SYSTEM  NOTICE ONLY      NOT FILED            .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      2,834.00                         493.43
TOM VAUGHN                TRUSTEE                                            36.57
DEBTOR REFUND             REFUND                                               .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 08344 ORA B COVINGTON
```

```
                            RECEIPTS           DISBURSEMENTS
----------------------------------------------------------------------------
TRUSTEE                      530.00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                    493.43
TRUSTEE COMPENSATION                               36.57
DEBTOR REFUND                                        .00
                          ---------------     ---------------
TOTALS                       530.00                530.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
    Dated: 02/27/08           _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE